# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Landale Signs and Neon, Ltd., )
      Plaintiff, )
      v. ) Case No. 1:16-cv-07619
Runnion Equipment Co., and John Doe, )
      Defendants. )

## Declaration of Neil Swindlehurst

1. I am an external IT consultant for Landale Signs and Neon, Ltd.

2. I make this declaration from my personal knowledge and, if called upon to do so, could and would competently testify to the matters set forth herein.

3. I reviewed Runnion Equipment Co.'s IT consultant's deposition given in this case.

4. It was my opinion prior to reviewing such deposition that the intrusion in this case was not from Landale Signs and Neon, Ltd.'s end and originated with Runnion Equipment Co.

5. Runnion's IT setup, including the use of an external IT service to do much of the management, devices that can be used on unsecure or public wifi networks to connect with the email, the setup of Runnion's wifi network with passwords being distributed, the physical condition of Runnion's hardware, the use of NAS

1

**EXHIBIT H**

systems of inadequate security, and the use of personal emails at work contrary to policy provides further support for my opinion that Runnion was the source of the intrusion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 26, 2018.

_____
Neil Swindlehurst